**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  20-80658-CIV-SMITH/REID

MAXIMO GOMEZ,

    Plaintiff,
vs.

OFFICER CHRISTOPHER BURGESS,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge [DE 24], in which she recommends that the matter **PROCEED in part.**  Having reviewed, *de novo*, the Report of the Magistrate Judge and the record, and given that there are no objections, it is

**ORDERED that**:

1. The Report of Magistrate Judge [DE 24] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2. The matter shall **PROCEED in part** as follows:

   a. The claim against Defendant Burgess, in his individual capacity, for the unlawful use of force for the incident alleged April 13, 2019, should **PROCEED.**

   b. The state tort claims against Defendant Burgess, in his individual capacity, for assault, battery, and sexual battery, for the incident alleged on April 13, 2019, should **PROCEED.**

   c. The claim against Defendant Burgess for mental and emotional injuries should **PROCEED.**

   d. The claim against Defendant Burgess for punitive damages should **PROCEED.**

   e. Any claims related to the incident alleged on May 13, 2019, should be **DISMISSED** without prejudice as improperly pled and based on misjoinder.

3. This matter is referred to the Court's Volunteer Attorney Program.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of August, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record